Victor P. Wasilauskas, III, Esquire
COOPER LEVENSON, P.A.
1125 Atlantic Avenue - 3rd Floor
Atlantic City, NJ 08401
Telephone: (609) 344-3161
Facsimile: (609) 344-0939
File No. 54327-279
Attorney for Defendant Harrah's Atlantic City Operating Company, LLC d/b/a Harrah's Resort Atlantic City

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MATRIL NORRIS AND BRENETTA NORRIS, H/W,<br><br>Plaintiffs,<br><br>v.<br><br>HARRAH'S ATLANTIC CITY PROPCO, LLC AND HARRAH'S ATLANTIC CITY OPERATING COMPANY, LLC,<br><br>Defendants. | Civil Action No.<br><br>1:16-cv-005961 RMB/JS<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

The matter in difference in the above-entitled action having been amicably adjusted by and between the parties, it is hereby stipulated and agreed that the same be and it is hereby dismissed with prejudice and without costs as to all parties.

COOPER LEVENSON, P.A.

By: _____         By: _____
Mitchell S. Clair, Esquire                Victor P. Wasilauskas, III,
Attorney for Plaintiffs                    Esquire
                                          Attorneys for Defendant
Dated: __July 5__, 2018
                                          Dated: __9/24__, 2018

CLAC 4544273.1